# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff*

v.

Civil Action No.:
1:16-CV-10624-GAO

NATHANIAL D. PONN

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nathanial Ponn
26 Annunciation Road # 2039
Roxbuty, MA 02120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Harper, Esq.
SEC
33 Arch St. #2400, Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Stephanie Caruso

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2016-03-31 12:32:42.0, Clerk USDC DMA

## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:16-CV-10624-GAO

Plaintiff:
**U.S. Securities and Exchange Commission**

vs.

Defendant:
**Ponn, Nathanial D.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Nathanial Ponn, 26 Annunciation Road #2039, Roxbury, MA 02120.**

I, Cynthia Paris, do hereby affirm that on the **2nd day of April, 2016** at **10:40 am, I:**

Served Summons & Complaint to Cindy Ponn as Mother/Co-resident of Nathanial Ponn at 26 Annunciation Road #2039, Roxbury, MA 02120, being of suitable age and discretion to accept service in the absence of Nathanial Ponn. Upon information and belief, 26 Annunciation Road #2039, Roxbury, MA 02120 is the usual place of abode of Nathanial Ponn.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Cynthia Paris**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2016001808
Ref: BRO-54001

